

**Peachie L. Jones**
Municipal Attorney

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

June 13, 2022

Hon. Frank Geraci
United States District Judge
100 State Street
Rochester, New York 14614

Re:   Request for Extension to Answer
      *Cox v. City of Rochester, Dakota Vanbrederode*  (Case No. 6:22-cv-6207)

Dear Judge Geraci:

I represent Defendants City of Rochester and Dakota Vanbrederode in this matter.

Defendants' Answer to the Complaint is due on June 15, 2022. With consent of Plaintiff's counsel, I request an extension to answer (or otherwise move) until <u>July 8, 2022</u>.

Defendants thank the Court for its time and consideration.

Respectfully,

*Peachie L. Jones* (signature)
PEACHIE L. JONES
Municipal Attorney