UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHERYL COX,

                                                           Plaintiff,

          - against -

CITY OF ROCHESTER, DAKOTA VANBREDERODE

                                                      Defendants.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Case no: 6:22-cv-6207 (FPG)(MJP)

---

      Defendants City of Rochester and Dakota Vanbrederode move this Court pursuant to FED. R. CIV. P. 56(a) for summary judgment on the entirety of Plaintiff's Amended Complaint.

      In support of this motion, the Court is referred to the Declaration of Peachie L. Jones, Esq., with exhibits attached, a Memorandum of Law, and a Statement of Undisputed Facts, all submitted herewith and made part of this motion. Defendants reserve the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: July 25, 2024

                                      PATRICK BEATH
                                      CORPORATION COUNSEL

                                      By: _/s/ Peachie L. Jones_
                                      Peachie L. Jones, Esq., Of Counsel
                                      30 Church Street, Room 400A
                                      Rochester, NY 14614
                                      (585) 428-7992
                                      Peachie.Jones@CityofRochester.gov
                                      *Attorneys for Defendants*

To the following via ECF:

      Elliot Dolby Shields, ROTH AND ROTH LLP
      *Counsel for Plaintiff*
      192 Lexington Avenue, Suite 802
      New York, NY 10016
      (212) 425-1020 | eshields@rothandrothlaw.com