# ALL NEW YORK PROCESS SERVERS

# Exhibit A

1 South Washington St. Suite 410, Rochester, NY 14614
Tax ID: 81-0836104

Phone 585-423-9347 -- FAX 585-546-3179

Attn: Peachie Jones

CITY OF ROCHESTER
CITY HALL, ROOM 400A
30 CHURCH STREET
ROCHESTER, NY 14607

Invoice Date: 9/26/2023
Invoice #: 136038
Job#: 136038
Client File#:

**TOTAL INVOICE AMOUNT DUE**

$65.00

- - - - - - -                                                                          - - - - - - -

| | |
|---|---|
| **Job #:** 136038   **Your #:** | **Recipient:** |
| **Plaintiff:** CHERYL COX | REGIONAL TRANSIT SERVICE   **Date Received:** 9/20/2023 |
| **Defendant:** CITY OF ROCHESTER, DAKOTA VANBREDERODE | **Person Served:** |
| **Civil Action** 22-cv-6207 (FPG)(MJP) | JADA CHASE   **Completed:** 9/21/2023 |
| **Documents:** SUBPOENA TO PRODUCE DOCUMENTS, | 1372 E. MAIN STREET, ROCHESTER, NY 14609 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service - Monroe County | 1 | $65.00 | $65.00 |
| | | Job Total Due = | $65.00 |

**TOTAL INVOICE CHARGES:**      **$65.00**
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**      **$65.00**

**Terms: If paying by check please include invoice #/job# or payment will be applied to the oldest outstanding invoice.**