**LEXITAS**
**COURT REPORTING - NY (Z)**
100 MERRICK ROAD, SUITE 320W
ROCKVILLE CENTRE, NY 11570

FED.I.D. #47-2685460
DEPOSITION SOLUTIONS LLC
*LEXITAS*

# Exhibit B

**BILL TO:**

**ROCHESTER LAW DEPARTMENT**
**ATTN:** PEACHIE JONES, ESQ
30 CHURCH ST.
ROOM 400A
ROCHESTER, NY 14614

INDEX NO. : **22-CV-6207**

INVOICE DATE : **09/27/2023**
INVOICE NO. : **1007503**

COX, CHERYL V. CITY OF ROCHESTER
**[SCHEDULE DATE: 09/26/2023]**

**WITNESS INFORMATION**

OFFICER ONNOR BROCK                                              1CC

INVOICE TOTAL : $392.20

BALANCE DUE AMOUNT : $392.20

**C ELECTRONIC (EMAILED) COPY**
**REQUESTED ON PAGE 42 (WAIVED**
**SHIPPING) NPW / FEDERAL**



**REMIT TO ADDRESS :**
P.O. BOX 734298
DEPT. 2011
DALLAS, TX 75373-4298

M C
JOB NO : **714669**
SEND TRANSCRIPT WITH
INVOICE



**LEXITAS**
**COURT REPORTING - NY (Z)**
100 MERRICK ROAD, SUITE 320W
ROCKVILLE CENTRE, NY 11570

FED.I.D. #47-2685460
DEPOSITION SOLUTIONS LLC
*LEXITAS*

**BILL TO:**

**ROCHESTER LAW DEPARTMENT**
ATTN: PEACHIE JONES, ESQ
30 CHURCH ST.
ROOM 400A
ROCHESTER, NY 14614

INDEX NO. : **22-CV-6207**

INVOICE DATE : **09/26/2023**
INVOICE NO. : **1007249**

COX, CHERYL V. CITY OF ROCHESTER
**[SCHEDULE DATE: 09/13/2023]**

**WITNESS INFORMATION**

SGT. BENJAMIN CARUSO

1CC

INVOICE TOTAL : $652.85
BALANCE DUE AMOUNT : $652.85

**FEDERAL / NPW - COPY ON PGS 78/79**

1007249

**REMIT TO ADDRESS :**
P.O. BOX 734298
DEPT. 2011
DALLAS, TX 75373-4298

M C
JOB NO : **711632**
SEND TRANSCRIPT WITH INVOICE





**ALLIANCE**
COURT REPORTING, INC.
*Videography • Remote • Deposition Suites*

WE MOVED!
*Please update our address:*
*109 South Union Street, Suite 400*
*Rochester NY 14607*

109 South Union Street • Suite 400 • Rochester, NY 14607 • 585.546.4920 • alliance@alliancecourtreporting.net

City of Rochester Law Department
30 Church Street, Room 400-A
Rochester, NY 14614
Attention: Peachie Jones, Esq.

# Invoice

| Date | Control No. | | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 10/4/2023 | 121175 | Due Upon Delivery | BP | 10/4/2023 | email | 20-4893718 | 970285 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 9/18/2023 | Cox v. City of Rochester, et al.<br><br>Original and One<br>Supplied transcript to Elliot Shields, Esq.<br>HIPAA-compliant encrypted cloud delivery<br><br>Witness: Cheryl Cox<br><br>Purchase Order # 23001339 | 139 | 5.90<br><br>15.00 | 820.10<br><br>15.00 |

Pursuant to Federal Rule 30(b)(3)(A). Transcript sent via EMAIL.

| | |
|---|---|
| **Total** | $835.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $835.10 |

A law firm that has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person.
Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

--------------------------------------------------------------------------------
Please detach and send with payment

City of Rochester Law Department
30 Church Street, Room 400-A
Rochester, NY 14614
Attention: Peachie Jones, Esq.

EIN No. 20-4893718

| Invoice # | 970285 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $835.10 |

Please make checks payable to:
Alliance Court Reporting, Inc.
109 South Union Street, Suite 400
Rochester NY 14607

We accept check, money order, and credit cards on our website - VISA and MasterCard. Thank you.

 www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Remote • Deposition Suites • 24/7 Scheduling
Wireless Internet • Prompt efficient service • Cutting-edge technology



**ALLIANCE**
COURT REPORTING, INC.
*Videography • Remote • Deposition Suites*

WE MOVED!
*Please update our address:*
*109 South Union Street, Suite 400*
*Rochester NY 14607*

109 South Union Street • Suite 400 • Rochester, NY 14607 • 585.546.4920 • alliance@alliancecourtreporting.net

City of Rochester Law Department
30 Church Street, Room 400-A
Rochester, NY 14614
Attention: Peachie Jones, Esq.

# Invoice

| Date | Control No. | | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 7/2/2024 | 121972 | Due Upon Delivery | CV | 7/2/2024 | email | 20-4893718 | 971100 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 6/12/2024 | Cox v. City of Rochester, et al. / Dempsey v. City of Rochester, et al. | | | |
| | Original Certified Transcript | 160 | 3.50 | 560.00 |
| | HIPAA-compliant encrypted cloud delivery | | 15.00 | 15.00 |
| | Transcript Handling and Processing | | 25.00 | 25.00 |
| | Remote Appearance - 1st hour | 1 | 50.00 | 50.00 |
| | Remote Appearance - hourly after minimum | 3.75 | 25.00 | 93.75 |
| | Witness: James W. Crosby, PhD | | | |
| | Purchase Order # 23001339 | | | |
| Transcript sent via EMAIL | | | | |

A law firm that has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person.
Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

| | |
|---|---|
| **Total** | $743.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $743.75 |

-------------------------------------------------------------------------------------------------------------------------
Please detach and send with payment

City of Rochester Law Department
30 Church Street, Room 400-A
Rochester, NY 14614
Attention: Peachie Jones, Esq.

EIN No. 20-4893718

| Invoice # | 971100 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $743.75 |

We accept check, money order, and credit cards on our website - VISA and MasterCard. Thank you.

Please make checks payable to:

Alliance Court Reporting, Inc.
109 South Union Street, Suite 400
Rochester NY 14607

 www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Remote • Deposition Suites • 24/7 Scheduling
Wireless Internet • Prompt efficient service • Cutting-edge technology

Phone 800-678-0166  
Fax 516-678-4488

**LEXITAS**  
**COURT REPORTING - NY (Z)**  
100 MERRICK ROAD, SUITE 320W  
ROCKVILLE CENTRE, NY 11570

Fed.I.D. #47-2685460  
DEPOSITION SOLUTIONS LLC  
*LEXITAS*

**Bill To:**

**CORPORATION COUNSEL**  
**Attn:** PEACHIE JONES

| | |
|---|---|
| File No. : **22-Cv-6207** | Invoice Date : **06/4/2024** |
| Index No. : **2022-CV-06207** | Invoice No. : **1080709** |

COX, CHERYL V. CITY OF ROCHESTERET AL  
**[Schedule Date: 10/5/2023]**

**Witness Information**

POLICE OFFICER ETHAN PASZKO                                                1cc

Invoice Total : **$587.45**

Balance Due Amount : **$587.45**

**Remit To Address :**  
P.O. BOX 734298  
DEPT. 2011  
DALLAS, TX 75373-4298

A L  
Job No : **717065**  
SEND TRANSCRIPT WITH INVOICE





**ALLIANCE**
COURT REPORTING, INC.
*Videography • Remote • Deposition Suites*

*WE MOVED!*
*Please update our address:*
*109 South Union Street, Suite 400*
*Rochester NY 14607*

109 South Union Street • Suite 400 • Rochester, NY 14607 • 585.546.4920 • alliance@alliancecourtreporting.net

City of Rochester Law Department
30 Church Street, Room 400-A
Rochester, NY 14614
Attention: Peachie Jones, Esq.

# Invoice

| Date | Control No. | | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 2/15/2023 | 120446 | Due Upon Delivery | SH | 2/15/2023 | email | 20-4893718 | 969517 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 2/1/2023 | Cox v. City of Rochester, et al. | | | |
| | Original Certified Transcript | 129 | 2.88 | 371.52 |
| | HIPAA-compliant encrypted cloud delivery | | 10.00 | 10.00 |
| | Remote Appearance - 1st hour | 1 | 50.00 | 50.00 |
| | Remote Appearance - hourly after minimum | 1.75 | 25.00 | 43.75 |
| | Witness: Officer Kenneth A. Pinckney | | | |
| | Purchase Order # 23001339 | | | |
| Transcript sent via EMAIL | | | | |

| | |
|---|---|
| **Total** | $475.27 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $475.27 |

A law firm that has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person.
Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

-------------------------------------------------------------------------------------------------------------------
Please detach and send with payment

City of Rochester Law Department
30 Church Street, Room 400-A
Rochester, NY 14614
Attention: Peachie Jones, Esq.

EIN No. 20-4893718

| Invoice # | 969517 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $475.27 |

We accept check, money order, and credit cards on our website - VISA and MasterCard. Thank you.

Please make checks payable to:
Alliance Court Reporting, Inc.
109 South Union Street, Suite 400
Rochester NY 14607

 www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Remote • Deposition Suites • 24/7 Scheduling
Wireless Internet • Prompt efficient service • Cutting-edge technology

PHONE 800-678-0166
FAX 516-678-4488

**ENRIGHT IS NOW LEXITAS
COURT REPORTING (E)**
100 MERRICK ROAD - SUITE 320W
ROCKVILLE CENTRE, NY 11570

FED.I.D. #47-2685460
DEPOSITION SOLUTIONS LLC
*LEXITAS*

BILL TO:

**ROCHESTER LAW DEPARTMENT**
**ATTN:** PEACHIE JONES, ESQ
30 CHURCH ST.
ROOM 400A
ROCHESTER, NY 14614

INDEX NO. : **22-CV-6207**

INVOICE DATE : **09/8/2023**
INVOICE NO. : **1002708**

COX,CHERYL VS THE CITY OF ROCHESTER, DAKOTA VANBREDERODE,
**[SCHEDULE DATE: 07/25/2023]**

**WITNESS INFORMATION**

DAKOTA VANBREDERODE                                                            1CC

INVOICE TOTAL :   $983.35

BALANCE DUE AMOUNT :   $983.35

|||||||
1002708

**REMIT TO ADDRESS :**
P.O. BOX 734298
DEPT. 2011
DALLAS, TX 75373-4298

J M
JOB NO : **701583**
SEND TRANSCRIPT WITH
INVOICE

