# James W. Crosby M.S. PhD
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

22 June 2024                                                           **Exhibit C**

Peachie L. Jones
Municipal Attorney
City of Rochester Law Department
City Hall, Room 400A
30 Church Street
Rochester, New York 14614

RE: Re: Cox, Gursslin and Dempsey depositions, June 12 and June 18, 2024 as agreed, to City of Rochester NY.

| | | |
|---|---|---|
| Deposition 6/12/24 | 5 hours @ 200.00/hr | 1000.00 |
| Deposition 6/18/24 | 4.5 hours @ 200.00/hr | 900.00 |

Total due at this time:                                              $1,900.00

Please make check payable to:
Canine Aggression Consulting LLC
Direct deposit may also be available.

Thank you.

Dr. James W. Crosby M.S., PhD.
Canine Aggression Consulting LLC
Jacksonville, FL 32207
904-476-7655